UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

THOMAS M. MCGWIN,

    Plaintiff,

v.                                       Case No. 18-C-1106

SPEED INVESTMENTS LLC,

    Defendant.

## ORDER STRIKING ANSWER

On July 18, 2018, Plaintiff Thomas M. McGwin commenced this action, alleging that Defendant Speed Investments LLC, a limited liability company, violated the Fair Debt Collection Practices Act and the Wisconsin Consumer Act. Speed Investments LLC failed to timely file an answer or other responsive pleading, and the Clerk entered an entry of default on August 23, 2018. On September 10, 2018, Matt Mikkelsen, Speed Investments LLC's registered agent, filed a "pro se" answer on behalf of Speed Investments LLC. "[A] limited liability company, like a corporation, cannot litigate pro se or be represented in the litigation by a nonlawyer." *1756 W. Lake St. LLC v. Am. Chartered Bank*, 787 F.3d 383, 385 (7th Cir. 2015); General L.R. 83(e). Because Mikkelsen is not an attorney, he cannot represent Speed Investments LLC in this matter.

**IT IS THEREFORE ORDERED** that Mikkelsen's answer to the complaint (ECF No. 8) is **STRICKEN**.

Dated this   24th   day of October, 2018.

                                                              s/ William C. Griesbach
                                                              William C. Griesbach, Chief Judge
                                                              United States District Court